ALMA V. SANDOVAL JIMENEZ
ALMA V. SANDOVAL JIMENEZ
10096 Nicolas Dr Unit B  Truckee, CA 961611873

TELEPHONE NO: (661) 212-7135 | FAX NO: | E-MAIL ADDRESS (Optional): pedro.us80@gmail.com
ATTORNEY FOR (Name):

**FILED**
2023 FEB -1  AM 11: 54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: BEC

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA CENTRAL DIVISION
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME:

PLAINTIFF: ALMA V. SANDOVAL JIMENEZ
DEFENDANT: SECOND ROUND SUB, LLC, ALI FARIZAN

CASE NUMBER: 2:22-CV-08843-RSWL

Ref. No. or File No.:

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

At the time of service I was at least 18 years of age and not a party to this action.

I served copies of:

a. ☑ Summons
b. ☑ Complaint
c. ☐ Alternative Dispute Resolution (ADR) package
d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
e. ☐ Cross-complaint
f. ☑ other  CERTIFICATION AND NOTICE OF INTERESTED PARTIES;

a. Party served *(specify name of party as shown on documents served):*
**SECOND ROUND SUB, LLC**

b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
**JENN BAUTISTA - EMPLOYEE AUTHORIZED TO ACCEPT SERVICE - CSC - LAWYERS INCORPORATING SERVICE**

Age: 31-35   Weight: 141-160   Hair: BLACK   Sex: Male
Height: 5'1-5'6   Eyes: BROWN   Race: ASIAN

Address where the party was served: **2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 95833**

I served the party

a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **1/20/2023**   (2) at *(time):* **2:56 PM**

b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/197102A

RESPONDENT: SECOND ROUND SUB, LLC, ALI FARIZAN | 2:22-CV-08843-RSWL

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                              (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:
c. ☐ as occupant.
d. ☐ On behalf of *(specify)*:
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
                                                                                                                                                            ☐ other:

**Person who served papers**
a. Name: **KRYSTALYN SOUZA - JPL PROCESS SERVICE, LLC**
b. Address: **14482 BEACH BLVD. STE X  WESTMINSTER, CA 92683**
c. Telephone number: **(866) 754-0520**
d. The fee for service was: **$ 99.00**
e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
        (i) ☐ owner    ☐ employee    ☑ independent contractor.
        (ii) Registration No.: **PS-047**
        (iii) County: **YUBA**

☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **1/20/2023**

JPL PROCESS SERVICE, LLC
14482 BEACH BLVD. STE X
WESTMINSTER, CA 92683  | (866) 754-0520

**KRYSTALYN SOUZA**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶ (SIGNATURE)

| Attorney or Party without Attorney: ALMA V SANDOVAL JIMENEZ<br>ALMA V. SANDOVAL JIMENEZ<br>10096 Nicolas Dr Unit B<br>Truckee, CA 961611873<br>TELEPHONE No.: (661) 212-7135 | E-MAIL ADDRESS (Optional): pedro.us80@gmail.com<br>FAX No. (Optional): | |
|---|---|---|
| Attorney for: | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA CENTRAL DIVISION -

Plaintiff: ALMA V. SANDOVAL JIMENEZ
Defendant: SECOND ROUND SUB, LLC, ALI FARIZAN

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:22-CV-08843-RSWL |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **ALI FARIZAN**

Documents: Summons; Complaint; CERTIFICATION AND NOTICE OF INTERESTED PARTIES;

| Date | Time | Results |
|---|---|---|
| 1/25/2023 | 12:53 PM | THIS IS A USPS LOCATION. LEGAL DOCUMENTS CAN NOT BE SERVED HERE.<br>14900 Magnolia Blvd # 55997, Sherman Oaks, CA 914031330 |

Fee for Service: $ 99.00
County: LOS ANGELES
Registration No.: 2012208220
JPL PROCESS SERVICE, LLC
14482 BEACH BLVD. STE X
WESTMINSTER, CA 92683
(866) 754-0520



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 1/26/2023.

Signature: _____
ERIC WILKINS

**NON SERVICE REPORT**

Order#: 197102B